

FILED
OCT 1 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>One Sony Vaio Laptop Computer, Model PCG-672R, number ST*R3723906;<br>One Toshiba Laptop Computer, Model Number PSAFGU-04W002, Serial Number, 27423210Q;<br>One PNY Attache Thumb Drive, 8G;<br>One Ovomagic External Hard Drive, Number PH001535. | Case No.: 2:09-SW-236 EFB<br><br>ORDER GRANTING EXTENSION OF TIME |

Good cause appearing, the Court hereby orders that the United States may have an additional 60 days, until December 21, 2009, to complete the search of the above-captioned items, for contraband and the evidence, fruits, and instrumentalities of crime as identified in search warrant number 2:09-SW-0236 EFB.

IT IS SO ORDERED.

DATED: October 16, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE